804

No. 79–13. Foster v. County School Board of Prince William County. Appeal from Sup. Ct. Va. dismissed for want of substantial federal question.

No. 79–38. Perry, Administratrix v. Kalamazoo State Hospital. Appeal from Sup. Ct. Mich. dismissed for want of substantial federal question.

No. 79–49. Prest v. Herbst, Commissioner, Department of Natural Resources of Minnesota, et al. Appeal from Sup. Ct. Minn. dismissed for want of substantial federal question.

No. 79–90. Skelton v. City of Birmingham. Appeal from Ct. Crim. App. Ala. dismissed for want of substantial federal question.

No. 79–126. Dudley et ux. v. Nebraska State Bank. Appeal from Sup. Ct. Neb. dismissed for want of substantial federal question.

No. 79–146. Slagle et al. v. Parker et al. Appeal from Sup. Ct. Ala. dismissed for want of substantial federal question.

No. 79–164. Spiegel, Inc. v. South Dakota ex rel. Meierhenry, Attorney General of South Dakota, et al. Appeal from Sup. Ct. S. D. dismissed for want of substantial federal question.

No. 79–5098. Wilson v. Ohio. Appeal from Sup. Ct. Ohio dismissed for want of substantial federal question.